

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00220-CV

| | | |
|---|---|---|
| The Episcopal Church, the Local Episcopal Parties, the Local Episcopal Congregations, and the Most Rev. Katharine Jefferts Schori | § § | From the 141st District Court of Tarrant County (141-252083-11) |
| v. | § | April 5, 2018 |
| Franklin Salazar and Intervening Congregations | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part.

We affirm that portion of the trial court's judgment that ruled that the Corporation of the Episcopal Diocese of Fort Worth holds legal title to all properties listed on the trial court's Exhibit 1.

We reverse that portion of the trial court's judgment that ruled that beneficial title to 5001 Crestline, Fort Worth, Texas, is held by Appellees and render judgment that beneficial title to 5001 Crestline is held by the "Episcopal Diocese of Fort Worth" affiliated with Appellant The Episcopal Church.

We reverse that portion of the trial court's judgment that ruled that beneficial title to 5003 Dexter, Fort Worth, Texas, is held by Appellees and render judgment that legal and beneficial title are joined and held by the Corporation of the Episcopal Diocese of Fort Worth.

We reverse the remainder of the trial court's judgment and remand this case to the trial court for reconsideration in light of this court's opinion.

Appellees Franklin Salazar and Intervening Congregations shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Bonnie Sudderth
      Chief Justice Bonnie Sudderth